UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:
«debtor» Allen, Matthew Todd,
«joint»

CHAPTER 7
«casenum» 11-26556 EEB

NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

This change applies to: ___ Both  X Debtor only  ___ Co-debtor only

Please enter the change of address for the debtor set forth below in the records of the above captioned case.

NAME: Matthew Todd Allen

OLD ADDRESS: 20587 E. Grand Lane
Aurora, CO. 80015

NEW ADDRESS: 13806 E. 105th Place
Include zip code  Commerce City, 80022

Date: 8/18/11

Signature of person submitting

**INSTRUCTIONS**

1. Notify your attorney, if applicable, of your new address.
2. Complete, and mail or deliver to:

U.S. BANKRUPTCY COURT
U.S. CUSTOMS HOUSE
721 19TH ST.
DENVER, CO 80203-2508