Certificate Number: 13637-CO-DE-016209496

Bankruptcy Case Number: 11-26556



13637-CO-DE-016209496

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2011, at 4:28 o'clock PM MDT, Matthew Todd Allen completed a course on personal financial management given by internet by BK Education Services, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: October 3, 2011        By: /s/Timothy Barrett

                                                     Name: Timothy Barrett

                                                     Title: President